IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CURTIS and RITA PARRIS, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 2:10cv225-WHA |
| | ) | |
| CORRECTIONAL MEDICAL SERVICES, et al., | ) ) | (WO) |
| | ) | |
| Defendants. | ) | |

## **ORDER**

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #44), entered on March 8, 2011. No timely objection having been filed, and after a review of this case, the court adopts the Recommendation of the Magistrate Judge that Plaintiffs' Motion to Remand (Doc. #20) should be denied, and that the Defendants' Motion to Dismiss (Doc. #6) be granted. Furthermore, the court has considered Plaintiffs' Motion to Remand (Second) or, in the Alternative, Plaintiffs' Motion for Directed Verdict (Doc. #38), and finds that the same reasoning contained in the Recommendation dictates that these motions also be denied. Therefore, it is hereby ORDERED as follows:

 1. Plaintiffs' Motion to Remand (Doc. #20), Plaintiffs' Motion for Remand (Second) (Doc. #38), and Plaintiffs' Motion for Directed Verdict (Doc. #38) are DENIED.

 2. Defendants' Motion to Dismiss (Doc. #6) is GRANTED, and this case is DISMISSED.

 3. Final Judgment will be entered accordingly.

 DONE this 23rd day March, 2011.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE